FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KLICKITAT PUBLIC UTILITY DISTRICT; NORTHERN WASCO COUNTY PEOPLE'S UTILITY DISTRICT; and LIBERTY MUTUAL INSURANCE COMPANY, as Subrogee of Klickitat Public Utility District; Northern Wasco County People's Utility District and McNary Dam Washington Shore Fishway Hydroelectric Project,<br><br>      Plaintiffs,<br><br>      v.<br><br>TIMBERLAND EQUIPMENT LIMITED and DIVERSIFIED INSPECTIONS/INDEPENDENT TESTING LABORATORIES, INC.,<br><br>      Defendants. | NO. 1:17-cv-03197-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

    Before the Court is the parties' Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 33. The parties have agreed to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendants

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

in the above-caption matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ACCEPTS** the parties' Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 33.

2. All claims asserted by Plaintiffs against Defendants are **DISMISSED** with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 27th day of November 2018.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**